IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00033-MP-AK

CHARLES WRIGHT, JR.,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 49, Motion to Withdraw as Attorney For Defendant Charles Wright, Jr., filed by George W. Blow III.  Mr. Blow was initially appointed to represent Defendant Wright, but attorney Matthew J. Wells has subsequently entered a notice of appearance on behalf of Defendant Wright.  A telephone hearing was held on this matter on Tuesday, January 10, 2006.  The Government does not object to this motion.  Accordingly, the motion is GRANTED.  Mr. Blow is hereby relieved of his duties in this matter.  The Clerk is directed to enter Mr. Wells as the attorney of record for Defendant Wright.  The court may require defendant Wright to reimburse Mr. Blow for his fees and expenses incurred to date.  Additionally, the defendant and his counsel are required to file with this court an affidavit as to their fee arrangement, including such items as the fee amount, who is paying the fee, and who has guaranteed the fee.  This affidavit must be filed by Friday, February 3, 2006.  Finally, the defendant's oral motion to continue is denied without prejudice to renew at a later date.

    **DONE AND ORDERED** this   *12th*   day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge