IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00033-MP-AK

CHARLES WRIGHT, JR.,

    Defendant.
_____/

## **O R D E R**

A telephone status hearing was held in this case on Thursday, June 1, 2006. During the hearing, the parties indicated that they were prepared for trial and believe that the trial will take three days. Accordingly, defendant's trial will commence on Tuesday, June 6, 2006. An attorneys' conference will be held chambers at 12:30 p.m., with jury selection set to commence at 1:00 p.m.

**DONE AND ORDERED** this   *1st* day of June, 2006

                                     *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge