IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 1:05-cr-00033-MP-AK

CHARLES WRIGHT,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 164, Joint Motion to Continue Trial for a Date Certain. A telephone conference was held on August 8, 2006. The motion is granted.

Accordingly, trial is hereby re-set to the September 26, 2006 trial period.

**DONE AND ORDERED** this __9th__ day of August, 2006.

              *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge